Richard M. Heimann (State Bar No. 063607)
Joy A. Kruse (State Bar No. 142799)
Bruce W. Leppla (State Bar No. 071642)
Peter E. Leckman (State Bar No. 235721)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th Floor
San Francisco, CA
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiff
SAN FRANCISCO EMPLOYEES RETIREMENT SYSTEM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SAN FRANCISCO EMPLOYEES RETIREMENT SYSTEM,**<br><br>Plaintiff,<br><br>v.<br><br>**QWEST COMMUNICATIONS INTERNATIONAL, INC., ET AL.,**<br><br>**Defendant.** | Case No. C 06-02615 MJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST AFSHIN MOHEBBI, GREGORY CASEY AND VINOD KHOSLA**<br><br>AND ORDER. |

Pursuant to Pursuant to Fed. R. Civ. P 41(a)(1)(i), Plaintiff San Francisco Employees Retirement System voluntarily dismisses all claims asserted against Defendants Afshin Mohebbi, Gregory Casey and Vinod Khosla. By agreement of the parties, this voluntary dismissal is without prejudice and the parties are to bear their own costs and fees. Nothing in this dismissal is, or shall be construed to be, a dismissal of the Plaintiff's claims against any defendant other than Defendants Afshin Mohebbi, Gregory Casey and Vinod Khosla.

547749.1

NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST AFSHIN MOHEBBI, GREGORY CASEY AND VINOD KHOSLA

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 Dated: June 30, 2006 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | |
| 4 | By: /s/ Joy A. Kruse |
| 5 | Richard M. Heimann (CA State Bar No. 063607) |
|   | Joy A. Kruse (CA State Bar No. 142799) |
| 6 | Bruce W. Leppla (CA State Bar No. 71649) |
|   | Peter E. Leckman (CA State Bar No. 235721) |
| 7 | 275 Battery Street, 30th Floor |
|   | San Francisco, CA 94111-3339 |
| 8 | Telephone: (415) 956-1000 |
|   | Facsimile: (415) 956-1008 |
| 9 | |
| 10 | Attorneys for Plaintiff |
|   | SAN FRANCISCO EMPLOYEES RETIREMENT SYSTEM |

7/17/2006

IT IS SO ORDERED

Judge Martin J. Jenkins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA